**No. 57214.**—Oscar Feldman, Inc., et al. *v.* United States, protests 955902–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates (except the merchandise invoiced as white kid head plates on the invoice of entry 81287 covered by protest 154020–K) are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained. In all other respects the protests were overruled.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57215.**—W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 959408–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57216.**—Oscar Feldman, Inc., et al. *v.* United States, protests 4215–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57217.**—Murray Gottlieb and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 30923–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen*